Marc C. Singer
Vincent F. Papalia
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
mcs@saiber.com
vfp@saiber.com
Attorneys for Defendant
CitiMortgage, Inc., improperly pled as
CitiFinancial Mortgage Company, Inc.

Of Counsel:
Lucia Nale
Maritoni Kane
**Mayer Brown LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Miriam R. Nemetz
Richard P. Caldarone*
**Mayer Brown LLP**
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL and LYNN OGBIN Individually and as a class representative on behalf of others similarly situated, | Civil Action No. 09-00023-NLH-JS |
| Plaintiffs, | **NOTICE OF MOTION TO DISMISS** |
| v. | *Document Electronically Filed* |
| CITIFINANCIAL MORTGAGE COMPANY, INC. f/k/a Ford Consumer Finance Company, Inc. | |
| Defendants. | |

TO:    Roger C. Mattson, Esq.
       26 Newton Ave
       Woodbury, NJ 08096

Lewis G. Adler
Law Office of Lewis Adler
26 Newton Ave
Woodbury, NJ 08096

---

* Admitted in Virginia only; not admitted in the District of Columbia. Practicing under the supervision of firm principals.

{00561368.DOC}

COUNSEL:

PLEASE TAKE NOTICE that the undersigned counsel for defendant CitiMortgage, Inc., improperly pled as CitiFinancial Mortgage Co., Inc. ("CitiMortgage") shall move before the Honorable Noel L. Hillman, United States District Judge for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey on **May 4, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, for an Order pursuant to Rules 9 and 12 of the Federal Rule of Civil Procedure, dismissing plaintiffs' complaint in its entirety.

PLEASE TAKE FURTHER NOTICE that in support of its application, CitiMortgage shall rely upon its Brief in Support of its Motion to Dismiss the Complaint, Declaration of Marc C. Singer and Exhibits attached thereto and proposed form of Order and Certificate of Service submitted herewith.

**SAIBER LLC**
Attorneys for Defendant
CitiMortgage Inc., improperly pled as
CitiFinancial Mortgage Company, Inc.

___/s/ Marc C. Singer_____
Marc C. Singer

Dated: April 6, 2009