IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL AND LYNN OGBIN,<br>      Plaintiffs,<br><br>  v.<br><br>CITIFINANCIAL MORTAGE<br>COMPANY, INC.,<br>      Defendant. | CIVIL NO. 09-0023(NLH)(JS)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 19th day of November, 2009

ORDERED that defendant's motion to dismiss [10] is GRANTED; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

At Camden, New Jersey

        s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.