UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| **Michael and Lynn Ogbin** <br> **individually and as a class representative** <br> **On behalf of others similarly situated** <br> Plaintiff, <br><br> vs. <br><br> **Citifinancial Mortgage Company, Inc** <br> Defendant. | CASE NO. <br>     <u>1:09-cv-0023 NLH-JS</u> <br>   <u>Civil Action</u> <br><br> **Notice of Appeal** |

     Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated November 19, 2009 entered in this action on the 19 of November 2009 .

                                        <u>/s/ Lewis G. Adler, Esq</u> <br>
                                        Lewis G. Adler, Esquire <br>
                                        26 Newton Avenue <br>
                                        Woodbury, NJ 08096